IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

GEORGE RENÉ LANE, )
 )
       Plaintiff, )
 )
    v. ) CIVIL NO. 1:04CV00789
 )
LUCENT TECHNOLOGIES, INC.; )
DAVID W. PRESLEY; CHRISTINE C.)
TROIANELLO; WALTER GIBBONS; )
and CLAUDIA STICKNEY, )
 )
       Defendants. )

O R D E R

BULLOCK, District Judge

For the reasons set forth in the memorandum opinion filed contemporaneously herewith,

IT IS ORDERED that Defendant Stickney's motion to dismiss [Doc. # 26] for lack of personal jurisdiction is **GRANTED**, and this action is **DISMISSED** as to Defendant Claudia Stickney.

IT IS FURTHER ORDERED that Defendant Presley's motion to dismiss [Doc. #29], Defendant Troianello's motion to dismiss [Doc. #15], and Defendant Gibbons's motion to dismiss [Doc. #11] for failure to state a claim are **GRANTED**, and this action is **DISMISSED** as to Defendants David W. Presley, Christine Troianello, and Walter Gibbons.

IT IS FURTHER ORDERED that Defendant Lucent's motion to

dismiss regarding the timeliness of Plaintiff's service on Defendant Lucent [Doc. #35] is **DENIED**.

IT IS FURTHER ORDERED that Defendant Lucent's motion to dismiss Plaintiff's claims relating to his untimely EEOC charges [Doc. #35] is **GRANTED**.

IT IS FURTHER ORDERED that Plaintiff's motions for appointment of counsel [Doc. # 18], for <u>in</u> <u>camera</u> EEOC case folder review [Doc. #19], and for miscellaneous relief [Docs. #34-1, 34-2, and 34-3] are **DENIED**.

_____
United States District Judge

June 10, 2005